Joseph Grubb ALEXANDER et al., Appellants,
v. THEATRE GUILD, Inc., et al.,
Appellees.

Circuit Court of Appeals, Second Circuit.
May 7, 1928.

No. 237.

Appeal from the District Court of the United States for the Southern District of New York.

Siegel & Corn, of New York City (Samuel Conrad Cohen, Jacob H. Corn, Isaac Siegel and Philip Cohen, all of New York City, of counsel), for appellants.

Leventritt, Riegelman, Carns & Schwarz, of New York City, for appellees Theatre Guild, Inc., and others.

Hardin & Hess, of New York City, for appellee Howard.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree (26 F.[2d] 741) affirmed.